C13-20a
(Rev.2/97)

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: )
Dorothy Ollie ) No. B 0381126 C-13D
)
) ORDER
Debtor )
)

ENTERED
MAR 2 3 2004
U.S. BANKRUPTCY COURT
MDNC-MS

After notice and hearing in open Court on March 16, 2004, upon Motion to Dismiss by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court directed that the Clerk enter the following Order of Dismissal; therefore, it is

ORDERED that this case is dismissed upon the grounds of failure of the debtor to comply with the requirements of the plan; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice with the balance of the funds to be disbursed pursuant to the confirmed plan.

BY ORDER OF THE COURT

WILLIAM L. SCHWENN
CLERK, U.S. BANKRUPTCY COURT

DATE: MAR 2 3 2004

By: /s/ Minrida Stulman
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Dorothy Ollie )
)
)
) Case Number: B 0381126 C-13D
)
)
Debtor )

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the Order, by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known address as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Dorothy Ollie
2614 Lincoln Street
Durham, NC 27707

John W. Wall, Jr., Esq.
604 Green Valley Road, Ste. 210
Greensboro, NC 27408

Richard M. Hutson, II, Esq.
Standing Trustee
PO Box 3613
Durham, NC 27702

THIS 23 day of March, 2004.

OFFICE OF THE CLERK

BY: _Miranda Stulman_
Deputy Clerk